# UNITED STATES DISTRICT COURT

for the

District of

*Western* Division

**RECEIVED**

MAY 0 1 2017 HM

**PETER A. MOORE, JR., CLERK**
**US DISTRICT COURT, EDNC**

|  |  |
|---|---|
| Drug Free Gang Free, Inc. | Case No. 5:17-cv-00212-D |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| | |
| Homeboy Industries, Inc. | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Drug Free Gang Free, Inc. |
| Street Address | PO BOX 3202 |
| City and County | Cary, Wake County |
| State and Zip Code | NC 27519 |
| Telephone Number | 919 268 9211 |
| E-mail Address | info@drugfreegangfree.org |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                          Homeboy Industries, Inc.

    Job or Title *(if known)*

    Street Address            130 West Bruno Street

    City and County         Los Angeles, Los Angeles County

    State and Zip Code     CA 90012

    Telephone Number     323 526 1254

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

17 U.S. Code Chapter 5   501   Copyright Infringement

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*  . _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*  Drug Free Gang Free, Inc. _____ , is incorporated under the laws of the State of *(name)*  North Carolina _____ , and has its principal place of business in the State of *(name)*

        North Carolina _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)*

b.  If the defendant is a corporation

The defendant, *(name)*  Homeboy Industries, Inc.  , is incorporated under
the laws of the State of *(name)*  California  , and has its
principal place of business in the State of *(name)*  California  .
Or is incorporated under the laws of *(foreign nation)*  ,
and has its principal place of business in *(name)*  .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$50000

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The copyright registration TX 8-307-236 was violated in accordance with 17 U.S. Code Chapter 5   501 by Homeboy Industries, with their webpage Global Homeboy Network starting in 2014, 2015, 2016 and 2017.   Our webpage and business was based out of Wake County NC, and Homeboy Industries Inc would have stolen the content from where Drug Free Gang Free, Inc. was located.  We have a theft police report from 2014 on this issue.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Drug Free Gang Free, Inc has suffered extreme financial loss as a result of the Homeboy Industries, Inc. copyright infringement. Drug Free Gang Free, Inc. could go out of business, or face bankruptsy as a result. Drug Free Gang Free, Inc. as of 4/2017 has lost over 90 of our local locations, that are valued at $5000 each location. That is $450000 in losses. We are suing for $50000 for the cost of the legal fee's for the copyright infringement loss, the professional staff to cover the loss from the infringement, and cost of going out of business as a result of the copyright infringment.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        04/17/2017

Signature of Plaintiff

Printed Name of Plaintiff        Beth Ford on behalf of Drug Free Gang Free, Inc.

### B.    For Attorneys

Date of signing:        04/19/2017

Signature of Attorney

Printed Name of Attorney        Justin Eldreth

Bar Number

Name of Law Firm        Klish and Eldreth

Street Address        2500 Regency Parkway #A2

State and Zip Code        Cary NC 27518

Telephone Number        9194151609

E-mail Address

**RECEIVED**

MAY 0 1 2017 HM

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

### Western DIVISION

Drug Free Gang Free, Inc.

v.

Homeboy Industries, Inc.

NO. 5:17-cv-00212-D

COMPLAINT

Plaintiff resides at:

Drug Free Gang Free, Inc.
PO Box 3202
Cary NC 27514

Defendant(s)' name(s) and address(es), if known:

Homeboy Industries Inc.
130 W Bruno St
Los Angeles CA 90012

1

Jurisdiction in this court is based on:

Federal Question

The acts complained of in this suit concern:

Copyright infringment
17 US Code Chapter 5 $ 501
Homeday Industries has stolen our Copyright
Registered work 2014, 2015, 2016 and 2017
Our webpage and business is based out
of Wake County NC and Homeday Industies Inc
stole the copy right work from where
Dry Free Cary Free, Inc. is located
We have a police report for the theft
on this issue

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

$50000 for cost of infringement, going out of business as a result of copyright infringement, and professional stuff to cover loss. We lost 100 locations as a result valued at $5000 each for $500 000 loss from copyright infringement from Hornebuy Industry Inc.

4-17-17

DATE

SIGNATURE OF PLAINTIFF

PO Box 3202
Cary NC 27519
(919) 268-9211

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3