# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-307-236**
Effective Date of Registration:
November 02, 2016

## Title

  **Title of Work:** Drug Free Gang Free (LA2012) Drug Free Gang Free in Communities

## Completion/Publication

  **Year of Completion:** 2012
  **Date of 1st Publication:** February 02, 2012
  **Nation of 1st Publication:** United States

## Author

  **Author:** Direct Establishments (501c3)
  **Author Created:** text, photograph(s), audiovisual material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Anonymous:** Yes

## Copyright Claimant

  **Copyright Claimant:** Drug Free Gang Free (501c3)
  PO box 3202, NC, United States
  **Transfer statement:** By written agreement

## Limitation of copyright claim

  **Material excluded from this claim:** artwork
  **Previous registration and year:** V3601D3, 2012

  **New material included in claim:** text, photograph(s), audiovisual material

## Rights and Permissions

  **Organization Name:** Drug Free Gang Free
  **Email:** info@drugfreegangfree.org
  **Telephone:** (888)533-6661

## Certification

  **Name:** Beth Ford

*Stolen Content*

- Global Homeboy Network

Global Homeboy Network

## What is the Global Homeboy Network?

Since inception in 1988, Homeboy has become the largest and most successful gang intervention, rehabilitation and re-entry program in the world. Homeboy and its staff have become global thought leaders in all these areas in addition to social entrepreneurship. Homeboy has helped nurture into existence many similar programs around the world.

Many have asked our Founder, Father Greg Boyle - "Will you ever duplicate Homeboy in another location?" His response has always been that we do not want to be the "McDonalds of gang intervention.. with 100 billion gang members served." Instead, we are creating a movement to address the lethal absence of hope where this model may be contextualized.

In 2014, we formalized the **Global Homeboy Network** to ignite this model of social enterprise, a therapeutic community, healing, intentional attachment repair and jobs/skills training as an "exit ramp" for those stuck in a cycle of violence and incarceration. Convening and sharing strategies, best-practices and a common vision is part of the future of the Global Homeboy Network. Solidifying our services through implementation of lessons learned from the annual gathering, reconvening to share results and advancing the movement are Homeboy's dreams for the coming years. Part of Homeboy's wish is to broaden and further the impact of our service delivery model by establishing and building partnerships with peer organizations who can become a part of this movement.

## 2nd Annual Gathering of the Global Homeboy Network!



### WELCOME RECEPTION & MIXER:
Sunday, August 9th - 4:00 p.m. - 6:00 p.m. (*hors d'oeuvres included)
**Location:** Homegirl Café, 130 West Bruno St., Los Angeles, CA 90012

### GATHERING:
August 10th & 11th - 8:00 a.m. – 4:30 p.m.
**Location:** The California Endowment, 1000 N. Alameda St., Los Angeles, CA 90012
(*breakfast and lunch included with registration on both days)


*Early registration: Register before July 1 and cost is only $100 per person for all three days!*

*Regular registration: Register between July 2-July 15 and cost is $150 per person for all three days.*

*Late registration: Register between July 16-August 8 and cost is $200 per person for all three days.*



**WORKSHOP TOPICS INCLUDE:**

Mental Health
Recovery & Resilience
Case Management
Peer Navigators & Mentorship
Educational Spaces
Fatherhood Support
Engaging Youth
Street Outreach
Social Entrepreneurial Programs
Law Enforcement Programs
Partnerships
Fundraising
Marketing
Social Enterprise

*Check this page again for updates. Please email GlobalHomeboyNetwork@homeboyindustries.org with any questions.*

*HOTEL BLOCK:*
*Sheraton Los Angeles Downtown Hotel*
*711 South Hope Street*
*Los Angeles, CA 90017*
*(213) 612-3121*
*http://www.sheratonlosangelesdowntown.com/*
*(Block is under "Homeboy Industries" and has been extended until July 17th) \*\**
*SHERATON ALMOST SOLD OUT AS OF July 17 5pm\*\**

*\*\*HOTELS IN DOWNTOWN LA ARE SELLING OUT, SO PLEASE BOOK YOUR LODGING ASAP\*\**

*Other hotels near Homeboy Industries can be found at this link.*

*Tours of Homeboy Industries will be available upon request on Wednesday, August 12th. If interested, please contact Alegria at acastro@homeboyindustries.org.*

*For sponsorship information please email Alexa at arousso@homeboyindustries.org.*

**More info:** This gathering will bring together a variety of non-profit, institutional, and governmental agencies who have implemented, sought technical assistance, and/or expressed interest in learning more about the Homeboy comprehensive therapeutic approach to helping young men and women reclaim and reset their lives. We will share successes and lessons learned and spend quality/spiritual time with each other.

Last year's inaugural August 2014 Gathering convened 35 cities, 17 states, 6 countries, and 74 organizations! Nearly 200 attendees spent the day sharing, learning, and experiencing new ideas, methods, and approaches.

This year we have expanded the 2015 Gathering to include two full days of longer, multi-tiered, and more interactive learning presentations and discussions. We hope you will join us and contribute your organization's voice, insights, and stories in order to strengthen and advance the work of the Global Homeboy Network.

Your commitment, passion, and relentless spirit will improve the way we care for and serve disenfranchised members of society who today live on the margins but who tomorrow will be constructively and positively contributing to the fabric of our communities. We hope to see you in Los Angeles in August.

For questions please email: GlobalHomeboyNetwork@homeboyindustries.org






Please check out the Facebook photo album from the 2014 gathering by clicking here. Feel free to tag yourself and your colleagues in the photos to keep the buzz going about the network.

Join us on social media by posting using hashtag #ghng2015!

# Quick Links

- Home
- What We Do
- Why We Do It
- Join Us

- - Who we are
  - Shop Homeboy
  - News & Events
  - Contact
- Media Kit
- Sitemap

# HOPE HAS AN ADDRESS ⍰

- **Homeboy Industries**
- 130 W. Bruno St.
- Los Angeles, CA 90012

- Tel: (323) 526-1254
- Fax: (323) 526-1257
- Info@Homeboyindustries.org

# Stay Connected

- 

- 

# Sign up for our monthly