UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DRUG FREE GANG FREE, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:17-CV-212-FL |
| | ) | |
| HOMEBOY INDUSTRIES, INC | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 25, 2017, that this case is dismissed with prejudice for plaintiff's failure to timely pay the filing fee.

**This Judgment Filed and Entered on September 28, 2017, and Copies To:**
Drug Free Gang Free, Inc. (via U.S. Mail) PO Box 3202, Cary, NC 27519

| | |
|---|---|
| September 28, 2017 | PETER A MOORE, JR., CLERK |
| | /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |